IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pragmatus AV, LLC | Civil Action No. 12-cv-201 |
| Plaintiff, | JURY TRIAL DEMANDED |
| vs. | |
| Research In Motion Limited and Research In Motion Corporation, | |
| Defendants | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a confidential License and Settlement Agreement, Plaintiff Pragmatus AV, LLC, and Defendants Research In Motion Limited and Research In Motion Corporation hereby agree to dismiss with prejudice all claims and counterclaims asserted by either party in this case. Pragmatus AV, LLC on the one hand, and Research In Motion Limited and Research In Motion Corporation, on the other hand, agree that each party shall bear their own fees and expenses.

| | |
|---|---|
| /s/ Brian E. Farnan | /s/ Mary B. Matterer |
| Brian E. Farnan (#4089) | Richard K. Herrmann (#405) |
| FARNAN LLP | Mary B. Matterer (#2696) |
| 919 North Market Street, 12th Floor | Kenneth L. Dorsney (#3726) |
| Wilmington, DE 19801 | MORRIS JAMES LLP |
| (302) 777-0300 | 500 Delaware Avenue, Suite 1500 |
| bfarnan@farnanlaw.com | Wilmington, DE 19801-1494 |
| | (302) 888-6800 |
| *Counsel for Plaintiff* | rherrmann@morrisjames.com |
| | *Counsel for Defendants* |

SO ORDERED on this _____ day of _____, 2012.

_____
The Honorable Leonard P. Stark